UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SARA (BOMENGEN) FORTIER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Docket No. 1:05-38-JD |
| HIGHMARK LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant ) | |

## STIPULATION OF DISMISSAL

Now come the Plaintiff, Sara (Bomengen) Fortier, and the Defendant, Highmark Life Insurance Company, in the above-entitled matter and hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41, that the above-entitled action, including all counts of the Complaint, and all claims and counterclaims which actually were asserted or which could have been asserted, shall be dismissed with prejudice, without costs to any party, and waiving all rights of appeal.

Respectfully submitted,

| | |
|---|---|
| Sara (Bomengen) Fortier | HIGHMARK LIFE |
| By Her Attorney, | INSURANCE COMPANY |
| | By Its Attorney, |
| | |
| /s/ Peter E. Hutchins | /s/ Byrne J. Decker |
| Peter E. Hutchins, Esquire | Byrne J. Decker, Esquire |
| Bar No. 1231 | Bar No. 9300 |
| Wiggin & Nourie, PA | Pierce Atwood |
| P.O. Box 808 | One Monument Square |
| Manchester, NH  03105 | Portland, ME  04101 |
| (603) 623-8442 | (207) 791-1100 |

DATED:  04/14/05                                                                          DATED:  04/14/05

{W0336267.1}

## CERTIFICATE OF SERVICE

      I hereby certify that on April 14, 2005, I electronically filed a Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Peter E. Hutchins, Esquire
Wiggin & Nourie, PA
P.O. Box 808
Manchester, NH  03105


DATED:  4/14/05


                                                /s/ Byrne J. Decker
                                                Byrne J. Decker, Bar No. 9300

{W0336267.1}